FILED
CLERK
9/25/2020 12:03 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Michelle Tenzer-Fuchs,

   Plaintiff,

v.

Cot'n Wash, Inc.,

   Defendant.

CIVIL ACTION
No. 2:20-cv-03822-SJF-ST

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, Defendant Cot'n Wash, Inc. has a website with the domain name www.dropps.com ("Website"), which is publicly available through the internet;

WHEREAS, Plaintiff filed this action alleging that the Website is not fully accessible to individuals with disabilities in violation of Title III of the Americans with Disabilities Act of Act ("ADA"), 42 U.S.C. § 1281 *et seq.*, New York State Humans Rights Law ("NYSHRL"), N.Y. Exec. Law § 290, *et seq.*, and New York City Human Rights Law ("NYCHRL"), N.Y.C. Admin. Code § 8-101, *et seq.*;

WHEREAS, Defendant denies the allegations and claims made and asserted by Plaintiff in this action, and denies that it has any liability to Plaintiff for any such claims or for any other reason;

WHEREAS, the entry of this Stipulation is consistent with Federal Rule of Civil Procedure 41(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, that:

1. Prior to and as of the date of this Stipulation, the Website substantially conforms

with the Web Content Accessibility Guidelines ("WCAG") 2.1 Level AA Success Criteria.

2. For a period of at least twelve (12) months from the date of this Stipulation, Defendant shall engage a qualified web accessibility consultant to ensure that the Website maintains its substantial conformance with the WCAG 2.1 Level AA Success Criteria to the extent reasonably feasible.

3. Plaintiff's claims against Defendant in the above-captioned matter are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| SHALOM LAW, PLLC | HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER |
| By: _____ <br> Jonathan Shalom <br> 105-13 Metropolitan Avenue <br> Forest Hills, NY 11375 <br> T: (718) 971-9474 <br> E: jonathan@shalomlawny.com | By: _____ <br> Andrew M. Erdlen <br> Jason A. Levine <br> One Logan Square, 27th Floor <br> Philadelphia, PA 19103 <br> T: (215) 568-6200 <br> E: aerdlen@hangley.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: 9/24/2020 | Dated: September 15, 2020 |

The Clerk of Court is directed to close this case.

SO ORDERED this 25th day of September 2020 at Central Islip, New York.

/s/ *Sandra J. Feuerstein*
Sandra J. Feuerstein
United States District Judge

2